UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jessie Gomez                                                                                                  Docket No. 5:12-CR-336-2D

### Petition for Action on Probation

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jessie Gomez, who, upon an earlier plea of guilty to Conspiracy to Rob Businesses Engaged in Interstate Commerce, in violation of 18 U.S.C. § 1951(b); and Using and Carrying a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 22, 2013, to the custody of the Bureau of Prisons for a term of 140 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jessie Gomez's projected release date from the Bureau of Prisons is October 12, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Recently, the Bureau of Prisons submitted a pre-release investigation plan for the defendant, listing his address as "homeless" in the Raleigh, North Carolina area. Contact with the defendant's case manager revealed that Gomez has no family or friends willing to assist him with housing. Therefore, it is respectfully recommended that the term of supervised release be modified to include placement at a Residential Reentry Center (RRC) for a period of up to 180 days upon release from the Bureau of Prisons. It is further recommended that, upon approval of the probation officer, Gomez be released from the RRC prior to the 180-day period should suitable housing be secured by the defendant. The defendant has signed a Waiver of Hearing, agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of the program during said placement. Upon approval of the probation officer, the defendant may be released from the residential reentry center prior to the 180-day period should suitable housing be secured by the defendant.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                                                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp                                                                                        /s/ Brittany N. Simmons
Mark Culp                                                                                             Brittany N. Simmons
Supervising U.S. Probation Officer                                                    U.S. Probation Officer
                                                                                                                 310 New Bern Avenue, Room 610
                                                                                                                 Raleigh, NC 27601-1441
                                                                                                                 Phone: 919-861-8669
                                                                                                                 Executed On: August 21, 2025

### ORDER OF THE COURT

Considered and ordered this __22__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
United States District Judge